IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CARLYLE LEE COLE,<br><br>　　　　Defendant. | CR-1:11-CR-00026 LJO<br><br>ORDER APPROVING SPECIFIED TRAVEL |

Application having been made for travel outside the Central District and Eastern District of California, and a stipulation approving same having been filed, the following travel by defendant CARLYLE LEE COLE is approved, provided that his Pretrial Services Officer in Los Angeles has no objection to such travel:

　　1. June 22-24, 2011. Mr. COLE is approved to attend the Pacific Coast Builders Convention and Green Expo in San Francisco on June 22-24;

　　2. July 30-August 6, 2011. Mr. COLE is approved to attend vacation in Palm Springs and San Diego between July 30 and August 6th;

　　3. September 2-5, 2011. Mr. COLE is approved to attend a Mother Earth News Fair Expo in San Rafael, California between September 2-5;

1

1    4. October 28-30, 2011.  Mr. COLE is approved to attend the West Coast
Green Festival in San Francisco on October 28-30; and

    5. November 11-13.  Mr. COLE is approved to attend the San Francisco
Green Festival in San Francisco on November 11-13.

IT IS SO ORDERED.

**Dated:   June 15, 2011**             /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE