DANIEL J. BRODERICK, #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DAVID M. CRISP

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:11-cr-00026 LJO |
| Plaintiff, | DEFENSE COUNSEL STATEMENT RE STATUS OF DISCOVERY |
| v. | |
| DAVID M. CRISP, *et. al;* | Judge:   Hon. Lawrence J. O'Neill |
| Defendants. | |

Counsel for Defendants herein set forth the following:

1. Counsel has contacted the National Litigation Support Unit, Oakland, California.  The office is funded by the Administrative Office of the Courts and has developed a protocol with the U.S. Attorneys' Office to facilitate discovery in large cases.

2. The NLSU has agreed to assist with this matter and to discuss how to best proceed in receiving and organizing discovery in this case.  The Unit is making an inquiry to see if we can acquire the services of a co-ordinating discovery attorney.  A co-ordinating discovery attorney would assist in getting the discovery, co-ordinating it, arranging for it to be ocr'd.  He would also assist us in selecting a forensic expert.  Their services would be free to the group.

The forensic expert would be employed by the group, would review the hard drives and provide an index for each drive.  The information would be available to all counsel on-line and

searchable for all counsel in the case.  The cost would be divided among all the attorneys.

3.  In the process, counsel would also consult with the discovery experts regarding the 300+ boxes of discovery located in Bakersfield and Sacramento.  A meeting between the expert and all counsel would be required which could be held by video conferencing.

4.  It seems logical that the services of this Unit be utilized as it will assist in the organization and providing of discovery to all counsel in a centralized manner.  It would, hopefully, eliminate unnecessary duplication and expense in the discovery process.  To facilitate this process, defense counsel is asking for the following schedule:

 a.  Four to six weeks to determine if a co-ordinating attorney can be assigned, on or before June 4, 2012;

 b.  Two weeks thereafter to meet with the co-ordinating attorney and devise a plan and secure a forensic expert, on or before June 18, 2012;

 c.  The government and defense counsel will meet on or before July 9, 2012, to determine the time line for the defense forensic expert to receive the hard drives from the government;

 d.  Status memorandum to Court regarding discovery and further review dates; August 10, 2012.

The government has reviewed this statement and agrees with its contents.

Dated:  April 25, 2012

    Respectfully submitted,

    DANIEL J. BRODERICK
    Federal Defender


    /s/ *Francine Zepeda*
    FRANCINE ZEPEDA
    Assistant Federal Defender
    Attorney for Defendant
    DAVID M. CRISP

Defense Counsel Statement re Status of Discovery