BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL, III
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for
the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>DAVID MARSHALL CRISP, ET AL.,<br><br>        Defendant. | CASE NO. 1:11-CR-00026 LJO<br><br>APPEARANCE OF COUNSEL OF RECORD AND DESIGNATION OF COUNSEL FOR SERVICE |

   The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Stanley A. Boone, Assistant United States Attorney, hereby appear as counsel of record and designation of counsel for service.

   Pursuant to Local Rule 83-182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for the United States of America and designate for service as follows:

///

///

1

```
                              Henry Z. Carbajal, III
                              Assistant U.S. Attorney
                              4401 Federal Building
                              2500 Tulare Street
                              Fresno, California 93721
                              Telephone: (559) 497-4000
                              Henry.Carbajal@usdoj.gov
```

    I hereby declare that I am admitted to practice law in this district.

    Dated: October 24, 2012

```
                                   BENJAMIN B. WAGNER
                                   United States Attorney

                              By:  /s/ Henry Z. Carbajal, III
                                   HENRY Z. CARBAJAL, III
                                   Assistant U.S. Attorney
```

2