KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
CARLYLE LEE COLE

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>  )<br>  )<br>CARLYLE LEE COLE,  )<br>  )<br>    Defendant.  )<br>_____ ) | CR-1:11-CR-00026 LJO<br><br>ORDER AUTHORIZING WAIVER OF PERSONAL APPEARANCE |

Good cause appearing, it is hereby ordered that Defendant CARLYLE LEE COLE is hereby excused from appearing at the court hearing scheduled for January 14, 2013 at 8:00 a.m., and that he may appear through his counsel KATHERINE HART.

IT IS SO ORDERED.

**Dated: January 1, 2013**    /s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1