Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Christina Widner, #284512
William A. Parry, #201617
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 485-3852

Attorney for Defendant, Caleb Lee Cole

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-CR-00026-LJO |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING SENTENCING DATE** |
| CALEB LEE COLE and CARLYLE LEE COLE, | |
| Defendants | |

Jeffrey T. Hammerschmidt, attorney for defendant CALEB LEE COLE, Katherine L. Hart, attorney for CARLYLE LEE COLE, and Christopher D. Baker, Assistant United States Attorney HEREBY STIPULATE to the following:

1. That the sentencing hearings for Caleb Lee Cole and Carlyle Lee Cole be continued from February 18, 2014 at 8:30 a.m. to February 24, 2014 at 8:30 a.m.;

2. That any sentencing memorandums be filed by the parties by February 14, 2014; and

3. That any replies shall be filed by February 19, 2014.


Dated: February 7, 2014							Respectfully submitted,

								  /s/ Jeffrey T. Hammerschmidt        .
								Jeffrey T. Hammerschmidt
								Attorney for Defendant,
								Caleb Lee Cole

Dated: February 7, 2014							Respectfully submitted,

								  /s/ Katherine L. Hart                     .
								Katherine L. Hart
								Attorney for Defendant,
								Carlyle Lee Cole

Dated: February 7, 2014							  /s/ Christopher D. Baker           .
								Christopher D. Baker
								Assistant U.S. Attorney


IT IS SO ORDERED.

Dated: **February 10, 2014**						**/s/ Lawrence J. O'Neill**
								UNITED STATES DISTRICT JUDGE