|   |   |   |
|---|---|---|
| 1 | KATHERINE HART #76715 | FILED |
| 2 | Attorney at Law<br>1600 Fulton Street, Suite120 | FEB 26 2014 |
| 3 | Fresno, CA 93721<br>Telephone: (559) 256-9800 | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
| 4 | Facsimile: (559) 256-9798 | BY _____<br>DEPUTY CLERK |

Attorney for Defendant
CARLYLEE LEE COLE

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR-1:11-CR-00026 LJO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER TO RELEASE |
| v. | ) | CASH BOND AND SECURITY |
| | ) | PLEDGED BY REBECCA |
| | ) | COLE |
| CARLYLE LEE COLE, | ) | |
| Defendant. | ) | |

Defendant CARLYLE LEE COLE having been remanded to custody, it is hereby ordered as follows:

1. That the $50,000.00 bond posted by Rebecca Cole with the Clerk of the Eastern District on 3/4/11, CAE 100014239 be returned to Rebecca Cole, 1706 Sainsbury Court, Bakersfield, Ca. 93311-1588;

2. That the lien on the entire amount of Rebecca Cole's private retirement annuity identified as Contract Number 90222898, an Internal Revenue Code 403(b) account, maintained and administered by ING USA Annuity and Life Insurance Company, 909 Locust Street, Des Moines, Iowa, 50309, be released to Rebecca Cole. The private annuity is no longer needed by the court to guarantee defendant

CARLYLE LEE COLE's appearance. Any and all liens by this court on this account are fully released.

IT IS SO ORDERED.

DATED: February 26, 2014

                              /s/ Lawrence J. O'Neill
                              LAWRENCE J. O'NEILL, JUDGE OF THE
                              THE EASTERN DISTRICT OF CALIFORNIA