IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>CARLYLE LEE COLE,<br><br>   Defendant. | **CASE NO. 1:11-cr-0026 LJO**<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT COUNSEL**<br><br>**(ECF NO. 639)** |

The Court has received and reviewed Defendant Cole's Request for Appointment of Counsel as a result of the Government's October 22, 2018 Request for Clarification of Judgement. (ECF No. 639.)

The Government's request for clarification asked for the Court to clarify whether it had intended Defendant Cole's restitution order to be joint and several, i.e. to be consistent with Cole's co-defendants.

The Court needed no argument or information to answer the question and clarify the judgement under Rule 36, and issued the answer and correction by way of Order on October 23, 2018. (*See* ECF No. 638.)

There is no justification for appointment of counsel under these circumstances, and the request is therefore DENIED.

IT IS SO ORDERED.

Dated: **November 7, 2018**    **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE

1