MCGREGOR W. SCOTT
United States Attorney
KIRK E. SHERRIFF
HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:11-CR-0026 NONE |
|---|---|
| Plaintiff, | STIPULATION RE BRIEFING ON COMPASSIONATE RELEASE MOTION |
| v. | Courtroom: Five |
| CARLYLE LEE COLE, | (Hon. Dale A. Drozd) |
| Defendant. | |

Plaintiff the United States of America and defendant CARLYLE LEE COLE, by and through his respective counsel of record, jointly stipulate as follows regarding the remaining proposed briefing on defendant Cole's motion for compassionate release (Dkt. No. 650):

1. Defendant shall file any supplement or amended motion for compassionate release on or before **May 29, 2020**;

2. The United States shall file any opposition to defendant Cole's motion on or before **June 8, 2020**;

3. Defendant Cole shall file any reply to the United States' opposition on or before **June 18, 2020**;

**IT IS SO STIPULATED**.

1

1  Dated:  May 18, 2020

2                                                                    Respectfully Submitted,

3                                                                    MCGREGOR W. SCOTT
                                                                     United States Attorney
4

5   /s/Barbara O'NeIll                                                /s/Henry Z. Carbajal III
    BARBARA O'NEILL                                                  KIRK E. SHERRIFF
6   Attorney for defendant Carlyle Lee Cole                          HENRY Z. CARBAJAL III
                                                                     Assistant United States Attorneys
7

8

9
                                              ORDER
10

11
        Good cause appearing, the stipulation is ADOPTED.
12

13
IT IS SO ORDERED.
14

15     Dated:  **May 19, 2020**                               _Dale A. Drozd_
                                                              UNITED STATES DISTRICT JUDGE
16

2