Barbara Hope O'Neill  #102968
Attorney at Law
Post Office Box 11825
Fresno, California 93775
Telephone: (559) 459-0655
Fax: (559) 459-0656

Attorney for Carlyle Lee Cole

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>Carlyle Lee Cole,<br><br>Defendant. | CASE No: 1:11-cr-00026 NONE<br><br>STIPULATION RE CONTINUANCE OF BRIEFING ON COMPASSIONATE RELEASE MOTION<br><br>Courtroom: Five<br>(Hon. Dale A. Drozd) |

    Counsel for Carlyle Lee Cole and Assistant United States Attorney Henry Carbajal III, jointly stipulate as following regarding a continuance of the briefing on the motion for compassionate release.

1. Defendant shall file any supplement motion for compassionate release on or before **June 8, 2020.**
2. The United States shall file any opposition to defendant Cole's motion on or before **June 19, 2020.**
3. Defendant Cole shall file any reply to the United States' opposition on or before **June 29, 2020.**

**IT IS SO STIPULATED.**

1

May 29, 2020                                            Respectfully submitted


                                                        /s/Barbara Hope O'Neill
                                                        Barbara Hope O'Neill
                                                        Attorney for Carlyle Lee Cole



                                                        s/s Henry Z. Carbajal III
                                                        Henry Z. Carbajal III
                                                        Assistant United States Attorney



                                ORDER

   Good cause appearing, the stipulation is ADOPTED.

IT IS SO ORDERED.

   Dated:   **June 1, 2020**                  _____
                                              UNITED STATES DISTRICT JUDGE

2